THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Fred Henry McClure Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2006-UP-061
Submitted January 3, 2006  Filed January 26, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Assistant Chief Legal Counsel J. Benjamin Aplin, Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Fred Henry McClure appeals the revocation of his probation.  McClure argues there was not a sufficient factual basis to revoke his probation.   Pursuant to Anders v. California, 386 U.S. 738 (1976), appellate counsel has petitioned to be removed stating that after reviewing the record the appeal was without merit.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] appellants appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and HUFF and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.